# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| FRANK JAMES WELCH, | : |
| Petitioner, | : |
| | :     CIVIL ACTION NO. 20-0548-KD-MU |
| vs. | :     CRIMINAL NO. 95-0142-KD |
| UNITED STATES OF AMERICA, | : |
| Respondent. | : |

## **ORDER**

This action is before the Court on the Report and Recommendation entered December 8, 2020, in which the Magistrate Judge recommended that Petitioner Frank James Welch's motion to vacate pursuant to 28 U.S.C. § 2255 be dismissed with prejudice for failure to comply with 28 U.S.C. § 2244(b)(3)(A) and § 2255(h) (doc. 104).

To date, Petitioner Welch did not file any objections to the Report and Recommendation. Instead, he filed a notice of appeal. The Court of Appeals for the Eleventh Circuit has held that "[d]ecisions by a magistrate pursuant to 28 U.S.C. § 636(b) are not final orders and may not be appealed until rendered final by a district court." Donovan v. Sarasota Concrete Co., 693 F.2d 1061, 1066-67 (11th Cir. 1982). Since this Court has not entered a final order, Welch's appeal is premature.

However, the Eleventh Circuit has held that "a premature notice of appeal does not divest the district court of jurisdiction over the case." United States v. Kapelushnik, 306 F.3d 1090,1094 (11th Cir. 2002). Accordingly, after due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the

Magistrate Judge made under 28 U.S.C. § 636(b)(I)(B) and dated December 8, 2020 is **ADOPTED** as the opinion of this Court. Welch's motion to vacate is dismissed with prejudice. Welch is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

    Done this the 4th day of January 2021.

                                       s/ Kristi K. DuBose  
                                       KRISTI K. DuBOSE  
                                       CHIEF UNITED STATES DISTRICT JUDGE