# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| FRANK JAMES WELCH, | : |
| Petitioner, | : |
| | :  CIVIL ACTION NO. 20-0548-KD-MU |
| vs. | :  CRIMINAL NO. 95-0142-KD |
| UNITED STATES OF AMERICA, | : |
| Respondent. | : |

## JUDGMENT

In accordance with the order entered this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Frank James Welch's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 (Doc. 101) be summarily dismissed with prejudice due to Welch's failure to comply with 28 U.S.C. §§ 2244(b)(3)(A) and 2255(h).

Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

Done this the 4th day of January 2021.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE