### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| FRANK JAMES WELCH, | : |
| Petitioner, | : |
| | :     CIVIL ACTION NO. 20-0548-KD-MU |
| vs. | :     CRIMINAL NO. 95-0142-KD |
| UNITED STATES OF AMERICA, | : |
| Respondent. | : |

## ORDER

This action is before the Court on the Report and Recommendation entered July 28, 2023, wherein the Magistrate Judge recommended that Petitioner Frank James Welch's motion to vacate pursuant to 28 U.S.C. § 2255 be dismissed without prejudice for failure to comply with 28 U.S.C. § 2244(b)(3)(A) and § 2255(h) (doc. 116).

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection (doc. 117) is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(I)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, Welch's motion to vacate is dismissed without prejudice. Welch is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

Done this the 22nd day of August 2023.

                                                     s/ Kristi K. DuBose
                                                     KRISTI K. DuBOSE
                                                     UNITED STATES DISTRICT JUDGE